| PROB 22 (Rev12/06) | | DOCKET NUMBER *(Tran. Court)* 4:03CR00042-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

**08 CRIM 771**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Robert Maurice Budden<br>New York, New York | DISTRICT<br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br>Newport News |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Jerome B. Friedman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/07/07 — TO 12/06/12 |

*JUDGE BATTS*

OFFENSE

Conspiracy to Possess with Intent to Distribute and Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine and Cocaine Base, Class A Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/28/08
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.



Effective Date

_United States District Judge_