**08CRIM 771**

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>Conspiracy to Possess with Intent to Distribute and to Distribute 5 kilograms or More of Cocaine and 50 Grams or More of Cocaine Base (21 USC 841(a)(1), (b)(1)(A), and 846, a Class A Felony.</u> |
| | | ORIGINAL SENTENCE: <u>One Hundred Thirty Five (135) months imprisonment followed by Five (5) Years Supervised Release.</u> |
| FROM: | Elisha Rivera<br>Senior U.S. Probation Officer | SPEC. CONDITIONS: <u>$100 Special Assessment. The defendant shall participate in a program of testing, counseling and treatment for the use if alcohol or drugs if so ordered by the Probation Officer.</u> |
| | | AUSA: Janet S. Reinke, Esquire |
| RE: | Robert M. Budden<br>Docket # 4:03CR00042-001 | |

DATE OF SENTENCE: 10/07/2003

DATE: August 14, 2008

ATTACHMENTS:    JUDGMENT X

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On October 7, 2003, the above-mentioned individual was sentenced as outlined above in the Eastern District of Virginia, by the Honorable Jerome B. Friedman, U.S. District Judge.

On July 30, 2008, we received a letter from the Eastern District of Virginia, advising that the Honorable Jerome B. Friedman, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Budden transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Elisha Rivera
Senior U.S. Probation Officer
212-805-5114